**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| HEALTH CHOICE ALLIANCE, LLC, on behalf of the UNITED STATES OF AMERICA; STATE OF ARKANSAS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF INDIANA; STATE OF IOWA; STATE OF LOUISIANA; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF MONTANA; STATE OF NEVADA; STATE OF NEW HAMPSHIRE; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OKLAHOMA; STATE OF RHODE ISLAND; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; and STATE OF WASHINGTON,<br><br>  Plaintiffs/Relator;<br><br>v.<br><br>ELI LILLY AND COMPANY, INC.; HEALTHSTAR CLINICAL EDUCATION SOLUTIONS LLC; VMS BIOMARKETING; COVANCE, INC.; and UNITED BIOSOURCE CORPORATION,<br><br>  Defendants. | Civil Action No.: 5:17-CV-123-RWS-CMC |

**ORDER ON UNOPPOSED MOTION TO EXTEND
DEADLINE TO FILE SECOND AMENDED COMPLAINT**

Before the Court is Relator's Unopposed Motion to Extend Deadline to File the Second Amended Complaint.

Upon consideration of the Motion, the Court finds that it should be granted. Relator is granted leave to file the Second Amended Complaint on or before September 12, 2018.

**SIGNED this 11th day of September, 2018.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE