**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| HEALTH CHOICE ALLIANCE, LLC, on behalf of the UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs/Relator, <br><br> -v- <br><br> ELI LILLY AND COMPANY, INC., *et al*. <br><br> Defendants. | Civil Action No. 5:17-cv-00123-RWS-CMC <br><br> JURY TRIAL DEMANDED |

## **ORDER**

Before this Court is Relator Health Choice Alliance's Motion to file its Second Amended Complaint under seal. Having considered the Motion, the Court finds the unopposed motion is well taken. Therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that Relator's Motion to file its Second Amended Complaint under Seal is GRANTED. It is further

ORDERED that Relator shall file a publicly available redacted version of the Second Amended Complaint, with as narrow redactions as are appropriate to protect highly confidential information of the parties.

**SIGNED this 11th day of September, 2018.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE