**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* Health Choice Alliance, *et al.,* | § § § | |
| **Plaintiff,** | § § | CIVIL ACTION NO. 5:17-cv-00123 |
| **ELI LILLY AND COMPANY, INC.,** *et al.,* | § § § | |
| **Defendants.** | § § | |

**ORDER ON DEFENDANTS' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Before the Court is Defendants Eli Lilly & Company, Inc., Healthstar Clinical Education Solutions, LLC, VMS Biomarketing, Covance, Inc., and United Biosource Corporation's (collectively "Defendants") Unopposed Joint Motion to Extend the Deadline to Move, Answer, or Otherwise Respond to Plaintiff's Second Amended Complaint. For the reasons stated in the Motion, the Court GRANTS the Motion. Accordingly, the deadline for Defendants to move, answer, or otherwise respond to Plaintiff's Second Amended Complaint is extended to November 13, 2018.

**SIGNED this 27th day of September, 2018.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE