**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* *ex rel.* HEALTH CHOICE ALLIANCE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY & COMPANY, INC., HEALTHSTAR CLINICAL EDUCATIONAL SOLUTIONS, LLC, VMC BIOMARKETING, COVANCE, INC., & UNITED BIOSOURCE CORPORATION <br><br> Defendants. | No. 5:17-cv-123-RWS-CMC |

**PROPOSED ORDER**

Now before the Court is the United States' motion to dismiss in its entirety this declined *qui tam* action brought on behalf of the United States by Relator, Health Choice Alliance, LLC, pursuant to the federal False Claims Act, 31 U.S.C. § 3729, *et seq.* ("FCA"), with prejudice as to Relator and without prejudice as to the United States.

Having carefully considered the papers and relevant legal authority, the Court **GRANTS** the United States' motion to dismiss in its entirety under 31 U.S.C. § 3730(c)(2)(A). Dismissal shall be with prejudice as to Health Choice Alliance, LLC and without prejudice as to the United States.