# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 7, 2021
Lyle W. Cayce
Clerk

No. 19-40906

UNITED STATES OF AMERICA, EX REL, HEALTH CHOICE ALLIANCE, L.L.C., *on behalf of* UNITED STATES OF AMERICA AND 31 STATES (AR; CA; CO; CT; DE; DC; FL; GA; HI; IL; IN; IA; LA; MD; MA; MI; MN; MT; NV; NH; NJ; NM; NY; NC; OK; RI; TN; TX; VT; VA; WA),

*Plaintiffs—Appellants*,

*versus*

ELI LILLY AND COMPANY, INCORPORATED; VMS BIOMARKETING; COVANCE, INCORPORATED; UNITED BIOSOURCE CORPORATION; HEALTHSTAR CLINICAL EDUCATION SOLUTIONS, L.L.C.; COVANCE MARKET ACCESS SERVICES, INCORPORATED,

*Defendants—Appellees*,

UNITED STATES OF AMERICA,

*Appellee*,

———————————————————

UNITED STATES OF AMERICA, EX REL, HEALTH CHOICE GROUP, L.L.C., *on behalf of* UNITED STATES OF AMERICA AND 31 STATES (AR; CA; CO; CT; DE; DC; FL; GA; HI; IL; IN; IA; LA; MD; MA; MI; MN; MT; NV; NH; NJ; NM; NY; NC; OK; RI; TN; TX; VT; VA; WA),

No. 19-40906

Plaintiff—Appellant,

versus

BAYER CORPORATION; AMGEN, INCORPORATED; ONYX PHARMACEUTICALS, INCORPORATED; AMERISOURCEBERGEN CORPORATION; LASH GROUP,

Defendants—Appellees,

UNITED STATES OF AMERICA,

Appellee.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:17-CV-123
USDC No. 5:17-CV-126

_____

Before HIGGINBOTHAM, ELROD, and HAYNES, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

PATRICK E. HIGGINBOTHAM, *Circuit Judge*, concurring.

Case: 19-40906 Document: 00515999290 Page: 3 Date Filed: 08/30/2021
Case 1:09-cv-00125-RW5-JJB Document 2540 Filed 08/30/21 Page 3 of 3 PageID #: 5955

No. 19-40906

Judge HAYNES concurs in the judgment only.

Certified as a true copy and issued
as the mandate on Aug 30, 2021

Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit